JOHN HUGHES ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF FAIRFIELD ET AL.

The petition by the defendant Quincy Corporation for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*John J. Darcy,* in support of the petition.
*Allan R. Johnson,* in opposition.

Submitted November 3—decided November 9, 1976

CONNECTICUT COMMISSION ON SPECIAL REVENUE
ET AL. *v.* FREEDOM OF INFORMATION
COMMISSION ET AL.

The motion by the defendants Andrew L. Houlding and The Journal-Courier to dismiss the appeals by the plaintiffs (named plaintiff and chairman Paul Silvergleid) and the defendants (named defendant and chairman Herbert Brucker) from the Court of Common Pleas in Hartford County is denied.

*Harold B. Stevens III,* for the appellees (defendants Andrew L. Houlding and The Journal-Courier).

*Richard M. Sheridan,* assistant attorney general, for the appellants (named plaintiff and chairman Paul Silvergleid).

*Frederick D. Neusner,* assistant attorney general, for the appellants (named defendant and chairman Herbert Brucker).